AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Leroy Gordon                      **JUDGMENT IN A CIVIL CASE**

v.                            Case Number: 98 C 1378
                                              and 00 C 7351

United Airlines, Inc.

- ■   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of the plaintiff, Leroy Gordon against the defendant, United Airlines, Inc., in the total amount of $200,000.00.

**DOCKETED**
MAR 1 6 2004

Michael W. Dobbins, Clerk of Court

Date: nunc pro tunc: 8/20/02

Wanda Parker, Deputy Clerk